EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ALBERTO E. LUGO, FABIAN OSORIO, and
ELGYN SUAZO,

                      Plaintiffs,

   -against-

SUSHI VIDA INC. d/b/a MAMASUSHI, VIDA
CAFÉ INC. d/b/a MAMAJUANA CAFÉ,
RANCHO VIDA LLC d/b/a MAMAJUANA
CAFÉ, VICTOR OSORIO, and CARMEN SUSANA
OSORIO,

                      Defendants.
---------------------------------------------------------------X

15 Civ. 04861 (PAC)(KNF)

STIPULATION OF
DISMISSAL WITH
PREJUDICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-27-16

   IT IS HEREBY STIPULATED AND AGREED, in accordance with Rule 41 of the Federal Rules of Civil Procedure, that this action be dismissed in its entirety. The Court shall maintain jurisdiction over this matter for the purposes of enforcing the parties' settlement agreement, if necessary.

Dated: New York, New York
       May 27, 2016

PECHMAN LAW GROUP PLLC

By: _____
Louis Pechman, Esq.
488 Madison Avenue
New York, NY 10022
(212) 583-9500
*Attorneys for Plaintiffs*

MORRISON TENENBAUM, PLLC

By: _____
Lawrence Morrison, Esq.
87 Walker Street, Second Floor
New York, NY 10013
(212) 620-0938
*Attorneys for Defendants*

SO ORDERED. 6-27-16

_____
Paul A. Crotty, U.S.D.J.